IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALAN L. DOERING
ADC #106115                                                                                PLAINTIFF

v.                              Case No. 5:13-cv-00149 KGB/JTR

DR. MOORE, Cummins Unit,
Arkansas Department of Correction, et al.                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 7) and the filed objection (Dkt. No. 8). After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff may proceed with his inadequate medical care claim against defendants Moore, Esau, and Kelley.

2. Defendant Corizon, Inc., is dismissed, without prejudice.

3. The Clerk is directed to prepare a summons for defendants Moore and Esau, and the U.S. Marshal is directed to serve the summons, complaint, amended complaint, and this Order on them through the Humphries & Lewis law firm without prepayment of fees and costs or security therefor.[1]

---

[1] If either of the defendants are no longer Corizon, Inc., employees, the Humphries & Lewis law firm must file, with the return of unexecuted service, a **SEALED** Statement providing the last known private mailing address for the unserved defendant.

4.	The Clerk is directed to prepare a summons for defendant Kelley, and the U.S. Marshal is directed to serve the summons, complaint, amended complaint, and this Order on her through the ADC Compliance Division without prepayment of fees and costs or security therefor.

5.	The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this the 12th day of November, 2013.

_____
Kristine G. Baker
United States District Judge