# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ALAN L. DOERING
ADC #106115                                                                                    PLAINTIFF

V.                                    5:13CV00149 KGB/JTR

DR. MOORE, Cummins Unit,
Arkansas Department of Correction, et al.                                  DEFENDANTS

## ORDER

Service on Defendant Dr. Troy Moore at his former place of employment and at his last known private mailing address have been returned unexecuted. *Docs. 19 & 29.* The Court will give Plaintiff a final thirty days to provide a valid service address for Defendant Moore. *See Lee v. Armontrout,* 991 F.2d 487, 489 (8th Cir. 1993) (explaining that it is the prisoner's responsibility to provide a proper service address for each defendant). Plaintiff is advised that if he fails to timely and properly do so, Defendant Dr. Moore will be dismissed from this action, without prejudice, due to a lack of service. *See* Fed. R. Civ. P. 4(m).

IT IS THEREFORE ORDERED THAT Plaintiff must file, **on or before May 9, 2014,** a "Motion for Service" that contains a valid service address for Defendant Dr. Moore.

Dated this 9th day of April, 2014.

                                                 _____
                                               UNITED STATES MAGISTRATE JUDGE