IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALAN L. DOERING
ADC #106115                                                                                    PLAINTIFF

V.                              5:13CV00149 KGB/JTR

DR. MOORE, Cummins Unit,
Arkansas Department of Correction, et al.                                          DEFENDANTS

## ORDER

Plaintiff has filed a Motion seeking a default judgment against Defendant Moore. *Doc. 38.* A default judgment is proper only when a defendant fails to timely answer, or otherwise respond, after being served. *See* Fed. R. Civ. P. 55. Defendant Moore has not been served. In fact, on April 8, 2014, the Court issued an Order explaining to Plaintiff that he had a final thirty days to provide a valid service address for Defendant Moore, and that his claims against Defendant Moore would be dismissed, without prejudice, if he failed to do so. *Doc. 37.*

IT IS THEREFORE ORDERED THAT Plaintiff's Motion for Default Judgment (*Doc. 38*) is DENIED.

Dated this *10th* day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE