IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALAN L. DOERING
ADC #106115                                                                                            PLAINTIFF

v.                            Case No. 5:13-cv-00149 KGB/JTR

DR. MOORE, Cummins Unit,
Arkansas Department of Correction, *et al.*                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Dispositions submitted by United States Magistrate Judge J. Thomas Ray (Dkt. Nos. 45, 46). No objections have been filed, and the time for filing objections has passed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Dispositions should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. Defendant Wendy Kelley's motion for summary judgment is granted (Dkt. No. 30). Defendant Annette Esaw's motion for summary judgment is granted (Dkt. No. 33). Plaintiff Alan L. Doering's claims against Ms. Kelley and Ms. Esaw are dismissed without prejudice due to lack of exhaustion.

2. Defendant Troy Moore is dismissed without prejudice from this action due to lack of service.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this the 14th day of October, 2014.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge