IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALAN L. DOERING
ADC #106115                                                                                    PLAINTIFF

v.                          Case No. 5:13-cv-00149 KGB/JTR

DR. MOORE, Cummins Unit,
Arkansas Department of Correction, *et al.*                                    DEFENDANTS

## JUDGMENT

Consistent with the Orders entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The relief sought is denied. The Court certifies that an *in forma pauperis* appeal of the Orders and Judgment dismissing this case would not be taken in good faith.

SO ADJUDGED this the 14th day of October, 2014.

_____
Kristine G. Baker
United States District Judge